UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM S. OLIVER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:17-cv-104

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

### ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 11)

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #11) is **ADOPTED** in full; and

2. *Pro se* Plaintiff's motion for a default judgment (Doc. #10) is **DENIED**.

**IT IS SO ORDERED.**

Date: 6-30-17

Walter H. Rice
United States District Judge