# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM S. OLIVER, <br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL <br> Acting Commissioner of <br> Social Security, <br> Defendant. | Civil Action No.: 3:17-cv-00104 <br><br> District Judge Walter H. Rice <br><br> Magistrate Judge Michael J. Newman |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), for further development of the record. On remand, the Administrative Law Judge will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record and issue a new decision.

Entered:

_____
HON. WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Date: 10-3-2017

1